927 P.2d 418

# SUPREME COURT OF HAWAI'I

**Order No. 96–31**

| 18241 | State v. Morita | Affirmed |

**Order No. 96–32**
**October 31, 1996**

| 17811 | Parenio v. Admin. Director | Affirmed |
| 19120 | State v. Wong | Affirmed |
| 19252 | State v. Ito | Affirmed |
| 19525 | State v. Tomei | Affirmed |

**Order No. 96–33**
**October 31, 1996**

| 18477 | State v. Nakamaru | Affirmed |

**Order No. 96–34**
**October 31, 1996**

| 19317 | State v. Tomasa | Affirmed |

**Order No. 96–35**
**October 31, 1996**

| 16260 | Salangsang v. Aeronautical Radio, Inc. | Affirmed |

**Order No. 96–36**
**November 6, 1996**

| 17863 | State v. Kim | Affirmed |
| 18327 | Carnett v. Carnett | Affirmed |